## Commonwealth *v.* Sheehan, Appellant.

Argued Oct. 17, 1901.   Appeal, No. 254, Oct. T., 1900, by defendants, from order of Q. S. Phila. Co., Feb. T., 1900, making absolute a rule for judgment for want of a sufficient affidavit of defense in case of Commonwealth v. James F. Sheehan, E. E. Jackson, alias Cook, Harry Clark, alias McCabe and Edward P. Macken.   Before RICE, P. J., BEAVER, ORLADY, W. W. PORTER and W. D. PORTER, JJ.   Affirmed.

OPINION BY RICE, P. J., January 21, 1902:
The material facts of this case are identical with those in Commonwealth v. Meeser, ante, p. 1.
Judgment affirmed.

W. D. PORTER, J., dissents.

---

## Commonwealth *v.* Salter, Appellant.

Argued Oct. 17, 1901.   Appeal, No. 256, Oct. T., 1900, by defendant, from order of Q. S. Phila. Co., Feb. T., 1900, making absolute a rule for judgment for want of a sufficient affidavit of defense in case of Commonwealth v. Samuel Salter and Edwin H. Vare.   Before RICE, P. J., BEAVER, ORLADY, W. W. PORTER and W. D. PORTER, JJ.   Affirmed.

OPINION BY RICE, P. J., January 21, 1902:
The material facts of this case are identical with those in Commonwealth v. Meeser, ante, p. 1.
Judgment affirmed.

W. D. PORTER, J., dissents.